UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
In re:                               :
                                     :        Chapter 15
TRANSFIELD ER CAPE LIMITED (BVI)     :
                                     :     Case No. 10-16270 (MG)
        Debtor in a                  :
        Foreign Proceeding.          :
                                     :
------------------------------------- :
TMT BULK CO. LTD. d/b/a TMT BULK     :
CORPORATION OF PANAMA,               :
                                     :        10 Civ. 5110 (JSR)
        Plaintiff,                   :
                                     :
        -v-                          :
                                     :
TRANSFIELD ER CAPE LTD. and          :        ORDER
TRANSFIELD ER LTD.,                  :
                                     :
        Defendants.                  :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

   The reference to the Bankruptcy Court of <u>In re Transfield ER Cape Ltd.</u>, No. 10-16270 is hereby withdrawn <u>solely</u> with respect to the stay imposed in the case of <u>TMT Bulk Co. Ltd. v. Transfield ER Cape Ltd.</u>, 10 Civ. 5110, which stay is hereby lifted. The stay having been lifted, the Court hereby dismisses the complaint in 10 Civ. 5110, with prejudice, for reasons that will be set forth in an opinion to be issued within the next two days, at which time final judgment will be entered.

   SO ORDERED.

                                  ___/s/Jed S. Rakoff_____
                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       11/30/10